U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAR 0 2 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL 10-106-01 |
|---|---|
| VERSUS | JUDGE HAIK |
| JESUS SALAZAR HERNANDEZ | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and finding an absence of objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the petitioners Motion to vacate, set aside, or correct his sentence under 28 USC section 2255 (Doc. #33) is **DENIED** and **DISMISSED** with prejudice.

**THUS DONE and SIGNED** on this 27th day of February, 2015.

_____
RICHARD T. HAIK, SR, DISTRICT JUDGE